AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EP21CV0070

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Century Relief, LLC d/b/a Century Debt Relief c/o Registered Agent Barry Shargel was received by me on *(date)* Mar 22, 2021, 4:44 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Emil Yashayev , who is designated by law to accept service of process on behalf of *(name of organization)* Century Relief, LLC d/b/a Century Debt Relief c/o Registered Agent Barry Shargel on *(date)* Tue, Mar 30 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $ _____

I declare under penalty of perjury that this information is true.

Date: 03/30/2021

*Server's signature*

William Sanchez

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Mar 26, 2021, 3:05 pm EDT at 30 Montgomery St Suite 1200, Jersey City, NJ 07302
SECURITY DESK STATED THAT NO STAFF ARE ON SITE.
MOSTLY WORKING REMOTELY FROM HOME.

2) Successful Attempt: Mar 30, 2021, 1:07 pm EDT at 30 Montgomery St Suite 1200, Jersey City, NJ 07302 received by Emil Yashayev. Age: 30+; Ethnicity: Caucasian; Gender: Male; Weight: 165+; Height: 6'4"; Hair: Black; Other: > Glasses. ;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EP21CV0070

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Emil Yashayev</u> was received by me on *(date)* Mar 22, 2021, 4:44 pm.

[X] I personally served the summons on the individual at *(place)* <u>30 Montgomery St Suite 1200, Jersey City, NJ 07302</u> on *(date)* <u>Tue, Mar 30 2021</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$</u>

I declare under penalty of perjury that this information is true.

Date: 03/30/2021

_____
Server's signature

William Sanchez
_____
*Printed name and title*

PO Box 131, Lakewood, NJ 08701
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 30, 2021, 1:07 pm EDT at 30 Montgomery St Suite 1200, Jersey City, NJ 07302 received by Emil Yashayev. Age: 30+; Ethnicity: Caucasian; Gender: Male; Weight: 165+; Height: 6'4"; Hair: Black; Other: > Glasses. ;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EP21CV0070

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Barry Shargel</u> was received by me on *(date)* <u>Mar 22, 2021, 4:44 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Emil Yashayev</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Barry Shargel</u> on *(date)* <u>Tue, Mar 30 2021</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $ _____.

I declare under penalty of perjury that this information is true.

Date: 03/30/2021

_____ *Server's signature*

William Sanchez

_____ *Printed name and title*

PO Box 131, Lakewood, NJ 08701

_____ *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 30, 2021, 1:07 pm EDT at 30 Montgomery St Suite 1200, Jersey City, NJ 07302 received by Emil Yashayev. Age: 30+; Ethnicity: Caucasian; Gender: Male; Weight: 165+; Height: 6'4"; Hair: Black; Other: > Glasses. ;