## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>　　　　　　Plaintiff,<br><br>　*vs*.<br><br>CENTURY RELIEF LLC d/b/a CENTURY DEBT RELIEF, a New Jersey Limited Liability Company, BARRY SHARGEL, and EMIL YASHAYEV,<br><br>　　　　　　Defendants. | §§§§§§§§§§§§§§<br><br>Civil Action No. EP-21-CV-00070-DCG |

### NOTICE OF APPEARANCE BY ANDREW T. THOMASSON
### ON BEHALF OF DEFENDANTS

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:**

　　**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters his appearance as co-counsel of record on behalf of Defendants, Century Relief LLC d/b/a Century Debt Relief, Barry Shargel, and Emil Yashayev, in the above-entitled matter. Please serve a copy of all future papers and electronic notifications related to this action on the undersigned.

| | |
|---|---|
| Dated: April 20, 2021 | *s/ Andrew T. Thomasson*<br>Andrew T. Thomasson (NJ Bar No. 048362011)<br>THOMASSON PLLC<br>350 Springfield Avenue, Suite 200<br>Telephone: (973) 312-0774<br>Facsimile:  (973) 559-5579<br>E-Mail: Andrew@Thomassonpllc.com<br><br>*Counsel for Defendants, Century Relief LLC d/b/a Century Debt Relief, Barry Shargel, and Emil Yashayev* |

## CERTIFICATE OF SERVICE

      I, Andrew T. Thomasson, hereby certify under penalty of perjury that on April 20, 2021, I served the foregoing documents on the Clerk of Court for the United States District Court for the Western District of Texas by using its CM/ECF system. I also certify that the foregoing documents are being served this day on all counsel and Parties of record to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by using this Court's CM/EFC system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing as indicated on the Court's docket for this action.

                                                     *s/ Andrew T. Thomasson*
                                                       Andrew T. Thomasson