UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>　　　　　　　　Plaintiff,<br><br>　*vs*.<br><br>CENTURY RELIEF LLC d/b/a CENTURY DEBT RELIEF, a New Jersey Limited Liability Company, BARRY SHARGEL, and EMIL YASHAYEV,<br><br>　　　　　　　　Defendants. | Civil Action No. EP-21-cv-00070-DCG |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Brandon Callier, and Defendants, Century Relief LLC d/b/a Century Debt Relief, Barry Shargel, and Emil Yashayev hereby stipulate to, and give notice of, dismissal of this action in its entirety with prejudice and without further costs or disbursements by or against any party.

**IT IS SO STIPULATED** this 16th day of December 2021.

| | |
|---|---|
| *s/ Brandon Callier* | *s/ Andrew T. Thomasson* |
| Brandon Callier, Plaintiff, *Pro se*<br>6336 Franklin Trail<br>El Paso, TX 79912 | Andrew T. Thomasson (NJ Bar No. 048362011)<br>THOMASSON PLLC<br>350 Springfield Avenue, Suite 200<br>Telephone: (973) 312-0774<br>Facsimile:  (973) 559-5579<br>E-Mail: Andrew@Thomassonpllc.com<br><br>*Counsel for Defendant, Century Relief LLC d/b/a Century Debt Relief* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § Plaintiff, § § vs. § § CENTURY RELIEF LLC d/b/a CENTURY § DEBT RELIEF, a New Jersey Limited § Liability Company, BARRY SHARGEL, and § EMIL YASHAYEV, § § Defendants. § | Civil Action No. EP-21-CV-00070-DCG |

## CERTIFICATE OF SERVICE

I, Andrew T. Thomasson, declare that I served a true and complete copy of the following in accordance with Fed. R. Civ. P. 5(b)(1) by sending them via U.S. Mail and email to the persons identified on the Service List below:

- **STIPULATION OF DISMISSAL**

*In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Dated: December 16, 2021                                                      Andrew T. Thomasson

**SERVICE LIST**

Brandon Callier, *Plaintiff, Pro se*
6336 Franklin Trail
El Paso, TX 79912
Email: callier74@gmail.com